## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## STATESBORO DIVISION

JACK HUEL MYERS, III

        Plaintiffs,

vs.

CASE NO.:   6:21-cv-89

FAMILY DOLLAR STORES, INC.,

        Defendant.

### DEFENDANT'S NOTICE OF REMOVAL

Defendant, FAMILY DOLLAR STORES, INC., (hereinafter "Defendant") hereby gives notice of Removal of the above captioned action from the State Court of Candler County, State of Georgia, in which this action is now pending, to the United States District Court, Southern District of Georgia, Statesboro Division, and respectfully represent as follows:

1.    On or about November 4, 2021, a Complaint and summons were served on Defendant. The civil action entitled *JACK MYERS, III v. FAMILY DOLLAR STORES, INC.*, was commenced in the State Court of Candler County, State of Georgia, and assigned Case number CV20210265. This action was filed in the State Court of Candler County on October 25, 2021. (A copy of the Complaint, as well as all other materials contained within the underlying State Court file are attached hereto as Exhibit "A").

2.      This action is properly removable pursuant to 28 U.S.C. §1441 and this Notice of Removal is filed within the thirty (30) day statutory period for removal under 28 U.S.C. §1446(b).

3.      There is complete diversity of citizenship between the parties to this cause. Plaintiff is a citizen of the State of Georgia. (See Complaint, paragraph 2). Defendant is a foreign company duly organized as a corporation under the law of Delaware and has its principal place of business in Virginia. See Exhibit "B." Under 28 U.S.C.A § 1332(c), a foreign corporation is deemed to be a "citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business." See also, Riley v. Merrill Lynch, Pierce, Fenner and Smith, 292 F. 3d 1334, 1337-1338 (11th Cir. 2002). Accordingly, Defendant Family Dollar Stores, Inc. is a citizen of Delaware and Virginia. Notably, however, at all times material, the correct legal entity that should be named as a defendant in the action is Family Dollar Stores of Georgia, LLC, which is a limited liability company organized and existing under the laws of the Commonwealth of Virginia. For purposes of diversity of citizenship, a "limited liability company is a citizen of any state of which a member of the company is a citizen." Thermoset Corp. v. Bld. Materials Corp. of Am., 849 F.3d 1313, 1316 (11th Circ. 2017). Family Dollar Stores of Georgia, LLC has one sole member: Family Dollar Stores, Inc., which as noted above, was organized as a corporation

under the law of Delaware and has its principal place of business in Virginia. Accordingly, diversity of citizenship still exists with the correct legal defendant Family Dollar Stores of Georgia, LLC.

4. This is a purported negligence action brought by the Plaintiff against the Defendant. Plaintiff alleges in the Complaint that he was injured as a result of Defendant's negligent maintenance of its premises, which caused him to trip and fall, and that he has suffered damages including, without limitation:

   a. Bodily injury

   b. Pain and suffering

   c. Loss of capacity for the enjoyment of life

   d. Expense of medical care

   (See Complaint, paragraph 25)

5. The evidence that the Court can rely on is not limited in applying the preponderance of the evidence standard, and a defendant may use "their own affidavits, declarations, or other documentation – provided of course that removal is procedurally proper." Pretka v. Kolter City Plaza, II, Inc., 608 F. 3d 744, 755 (11th Cir. 2010). Correspondence, medical records, and bills received to date indicate that Plaintiff sustained injuries to his left knee and right shoulder. He was treated by several doctors for his injuries and will continue to treat for these injuries in the future. Plaintiff's medical bills to date exceed the amount in controversy. As

referenced in his October 26, 2021 settlement demand (which has been redacted), his medical bills total $245,925.04. See Exhibit "C." Since plaintiff's medical bills, pre-suit, are more than the amount required to be in controversy for diversity cases, and he alleges further damages into the future, the amount in controversy exceeds the jurisdictional threshold set forth in 28 U.S.C.1332(a) of $75,000.00, exclusive of interest and costs.

6. Since the Plaintiff and Defendants are citizens of different states and the amount in controversy exceeds $75,000.00, this Court has subject matter jurisdiction based on diversity pursuant to 28 U.S.C §1332. As such, this removal action is proper.

7. Defendant has served the instant Notice of Removal on Plaintiff's counsel. Defendant will timely filed a Notice of Application for Removal with the State Court of Candler County.

**WHEREFORE**, Defendant respectfully requests that this action now pending in the State Court of Candler County, Georgia, be removed from there to this Honorable Court because of the complete diversity between the parties and the amount in controversy that exceeds $75,000.00.

Dated: December 3, 2021.

/s/ Heath L. Vickers
Heath L. Vickers
Georgia Bar No. 427485
CARR ALLISON

4

> The Greenleaf and Crosby Building
> 208 North Laura Street, Suite 1100
> Jacksonville, Florida 32202
> Telephone: (904) 328-6456
> Facsimile: (904) 328-6473
> Email: hvickers@carrallison.com
> Secondary Email: nwelsh@carrallison.com
> Secondary Email: asharpe@carrallison.com
> *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 3, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will provide a notice of electronic filing and a copy of the foregoing to the following:

Eugene C. Brooks
BROOKS LAW FIRM
P.O. Box 9545
Savannah, GA 31412
Email: gbrooks@brooks-law.com
*Attorney for Plaintiff*

> /s/ Heath L. Vickers
> Heath L. Vickers
> Georgia Bar No. 427485
> *Attorneys for Defendant*