

# PEACHCOURT

|  |  |  |  |
|---|---|---|---|
| **21SV043** | **JACK H MYERS V FAMILY DOLLAR STORES, INC.** | **CANDLER STATE** | **GENERAL TORT** |

## Case Docket

| Case Initiation Date | Assigned Judge | Status |
|---|---|---|
| 10/25/2021 | | OPEN |

Why subscribe to PeachCourt+? Well, for one thing... you could get an automagic email alert when anyone files anything into this case. You don't have to come back here day after day after day just to check the docket. We'll take care of that for you. All you have to do is subscribe!

## Party Information

Plaintiff:

**MYERS, JACK H, III**

Defendant:

**FAMILY DOLLAR STORES, INC.,**

## Attorney/Filer Information

**BROOKS, EUGENE**

| Docket # | Document Type | Description | Filer | Filing Date | Source |
|---|---|---|---|---|---|
| 1 | Complaint | COMPLAINT | Brooks, Eugene C. | 10/25/2021 | EFile: PeachCourt |
| 2 | Miscellaneous | Rule 3.2 Certificate - CERTIFICATE: 3.2 | Brooks, Eugene C. | 10/25/2021 | EFile: PeachCourt |
| 3 | Pleadings | STIPULATION: | Brooks, Eugene C. | 10/25/2021 | EFile: PeachCourt |
| 4 | Rule 5.2 Certificate | CERTIFICATE OF SERVICE - 5.2 | Brooks, Eugene C. | 10/25/2021 | EFile: PeachCourt |
| 5 | Discovery | REQUEST: PRODUCTION OF DOCUMENTS | Brooks, Eugene C. | 10/25/2021 | EFile: PeachCourt |
| 6 | Discovery | REQUEST: PRODUCTION OF DOCUMENTS | Brooks, Eugene C. | 10/25/2021 | EFile: PeachCourt |
| 7 | Attachment | SUMMONS | Brooks, Eugene C. | 10/25/2021 | EFile: PeachCourt |
| 8 | Miscellaneous | SHERIFF RETURN OF SVC: CORPORATION | Brooks, Eugene C. | 11/10/2021 | EFile: PeachCourt |
| 9 | Motion | MOTION TO CORRECT MISNOMER | Brooks, Eugene C. | 12/02/2021 | EFile: PeachCourt |

The clerk's office maintains the official record for this case. The information we provide is our best attempt at reflecting the official record. Despite our best efforts, you may find discrepancies between the information on this page and the clerk's official record. The clerk's official record is always official and is always THE record.

Printed from www.peachcourt.com on Dec 3, 2021 11:47 AM

&#61446; EFILED IN OFFICE
CLERK OF STATE COURT
CANDLER COUNTY, GEORGIA

**21SV043**

OCT 25, 2021 12:20 PM

*Jenny Grimes*

Jenny Grimes, Clerk
Candler County, Georgia

IN THE STATE COURT OF CANDLER COUNTY
STATE OF GEORGIA

JACK HUEL MYERS, III,                )
                                     )
          Plaintiff,                 )
                                     )
vs.                                  )          CIVIL ACTION NO.:
                                     )
FAMILY DOLLAR STORES, INC.           )
                                     )
          Defendant.                 )
                                     )

## COMPLAINT

COMES NOW Plaintiff, Jack Huel Myers, III, and files this Complaint against

Defendant, Family Dollar Stores, Inc. and show this Honorable Court the following:

### PARTIES, JURISDICTION AND VENUE

1.      Plaintiff, Jack Huel Myers, III (Plaintiff) is a citizens and residents of Candler

County, Georgia.

2.      Defendant, Family Dollar Stores, Inc. is a Georgia corporation registered to do

business in the State of Georgia and can be served through its Registered Agent, Corporation

Service Company, 100 Peachtree St, Atlanta, Georgia, 30303

3.      This action is based on an incident on the premises of the Family Dollar Store

located at 340 SE Broad Street, Metter, Georgia 30099 owned and operated by Family Dollar

Stores, Inc. which transact business in Candler County on a regular basis.  The cause of action

originated in Candler County.  O.C.G.A. §14-2-510(b)(4).

4.      Jurisdiction and venue are properly in this Court.

## GENERAL ALLEGATIONS

5.      Plaintiffs reallege and incorporate by reference the allegations contained in Paragraphs 1 through 4 as if fully alleged herein.

6.      Defendant owns, operates and manages the retail store named Family Dollar Store at 340 SE Broad Street, Metter, Ga.

7.      Plaintiff, as a paying customer of the store, was an invited customer on November 26, 2019.

8.      Defendant knew and expected that invitees would walk up and down the aisles of their store to find and select merchandise to purchase.

9.      Defendant had a duty to ensure these aisles were free of any object, debris, or hazard that could or would knowingly cause injury to an invitee.

10.     Defendant had a duty to warn invitees of any dangers within the store.

11.     Defendant had actual or constructive notice of the hazard within the store

12.     Defendant did not warn Plaintiff of any hazards within the store.

13.     On November 26, 2019, Plaintiff entered Family Dollar Store and as he walked up an aisle, he tripped over a piece of metal shelving laying on the floor that extended into the aisle and fell, injuring his knee.

14.     Plaintiff Jack Huel Myers, III was not at-fault in any respect in causing his fall and injuries

15.     Defendant's employee was alerted to Plaintiff's fall and contacted emergency services.

16.     As a result of his injuries, Plaintiff, has undergone extensive medical treatment for his severe and permanent injuries.

2

17.     The statute of limitations in this action was tolled for 121 days by the Georgia Supreme Court in its multiple statewide Judicial Emergency Orders.

## COUNT ONE
### (Negligence)

18.     Plaintiffs realleges and incorporates by reference the allegations contained in Paragraphs 1 through 17 as if fully alleged herein.

19.     Defendant had a duty to conform to a certain standard of care and to exercise reasonable care to protect invitees, including Plaintiff, from injury.

20.     Defendant had a duty to repair the known hazards and to warn Plaintiff of hazards.

21.     Defendant breached their duty of care toward the Plaintiff.

22.     Plaintiff Jack Huel Myers, III would not have been injured but for Defendant's failure to exercise the required standard of reasonable care.

23.     It was reasonably foreseeable that Defendant's conduct would cause harm or injury to Plaintiff.

24.     Defendant's conduct was the sole proximate cause of Plaintiff's injury.

25.     As a direct and proximate result of the aforementioned negligence of the Defendant, Plaintiff suffered bodily injury and resulting pain and suffering, loss of capacity for the enjoyment of life, and expenses of medical care.  These loses are either permanent or continuing and the Plaintiff will suffer loses in the future.

WHEREFORE the Plaintiff prays as follows:

1.      That this matter be tried before a jury;

2.      That the Defendant be found liable for the injuries and damages of the Plaintiff, Jack Huel Myers, III;

3

3.    That judgment be entered against the Defendant, in an amount to be determined at trial for all general and special damages incurred by Plaintiff;

4.    That judgment be entered against the Defendant, in amounts sufficient to cover all past and future medical expenses, and other similar expenses and general damages;

5.    That judgment be entered against the Defendant for the physical pain and suffering of the Plaintiff, Jack Huel Myers, III;

6.    That the Plaintiff recovers all attorney fees and expenses associated with the bringing of this action.

7.    For any and all other relief which the Court deems just and proper.

Respectfully submitted this 25th day of October 2021.

                      /s/ Eugene C. Brooks
                   Eugene C. Brooks
                   Georgia Bar No. 084750
                   Attorney for Plaintiff

BROOKS LAW FIRM
P.O. Box 9545
Savannah, GA 31412
912.233.9696
gbrooks@brooks-law.com

4

 **EFILED IN OFFICE**
CLERK OF STATE COURT
CANDLER COUNTY, GEORGIA

**21SV043**

OCT 25, 2021 12:20 PM

*Jenny H. Grimes*
Jenny Grimes, Clerk
Candler County, Georgia

IN THE STATE COURT OF CANDLER COUNTY
STATE OF GEORGIA

JACK HUEL MYERS, III,       )
                            )
          Plaintiff,        )
                            )
vs.                         )          CIVIL ACTION NO.:
                            )
FAMILY DOLLAR STORES, INC.  )
                            )
          Defendant.        )
                            )

## CERTIFICATE OF SERVICE PURSUANT TO U.S.C.R. 5.2

COMES Plaintiff, CARMEN MARTINEZ, and certifies that on this day, she has served a copy of the following on counsel for Defendants:

1.     Plaintiff's Interrogatories.

2.     Plaintiff's Request for Production of Documents.

THIS 25th day of October, 2021.

                              /s/ Eugene C. Brooks
                              Eugene C. Brooks, IV
                              Georgia Bar No.  084750
                              Attorney for Plaintiff

BROOKS LAW OFFICE
P. O. Box 9545
Savannah, GA  31412
912-233-9696 Office
912-232-8620 Fax
gbrooks@brooks-law.com

**EFILED IN OFFICE**
CLERK OF STATE COURT
CANDLER COUNTY, GEORGIA

**21SV043**

OCT 25, 2021 12:20 PM

*Jenny H. Grimes*
Jenny Grimes, Clerk
Candler County, Georgia

IN THE STATE COURT OF CANDLER COUNTY
STATE OF GEORGIA

JACK HUEL MYERS, III,                )
                                     )
            Plaintiff,               )
                                     )
vs.                                  )        CIVIL ACTION NO.:
                                     )
FAMILY DOLLAR STORES, INC.           )
                                     )
            Defendant.               )
                                     )

## STIPULATION OF EXTENSION OF TIME TO ANSWER COMPLAINT

Comes now, Plaintiff in the above captioned matter and files this offer of a Stipulation of Extension of Time to file and Answer to the Complaint and respond to discovery filed in this action IF Defendant wishes to engage in good faith settlement negotiations considering the demand previously faxed to Defendant's carrier and that is also served on the Defendant's corporate agent with this Complaint AND Defendant acknowledges this intent by signing below and filing this Stipulation with the Court. If Defendant agrees as stated above, then Defendant shall have sixty <u>60</u> days from the date of service to file their Answer in this matter and respond to the discovery served with the Complaint and all responses shall be considered filed timely and without waiver of defenses or objections.

This 25th day of October 2021.

                        /s/ Eugene C. Brooks
                        Eugene C. Brooks
                        Georgia Bar No. 084750
                        Attorney for Plaintiff

BROOKS LAW FIRM
P.O. Box 9545
Savannah, GA 31412
912.233.9696
gbrooks@brooks-law.com

Agreed to the above:

_____

Attorney for Defendant Family Dollar Stores, Inc.
Georgia Bar No. _____

Address:   _____

              _____

EFILED IN OFFICE
CLERK OF STATE COURT
CANDLER COUNTY, GEORGIA

**21SV043**

OCT 25, 2021 12:20 PM

*Jenny H. Grimes*
Jenny Grimes, Clerk
Candler County, Georgia

IN THE STATE COURT OF CANDLER COUNTY
STATE OF GEORGIA

JACK HUEL MYERS, III,                )
                                     )
                Plaintiff,           )
                                     )
vs.                                  )    CIVIL ACTION NO.:
                                     )
FAMILY DOLLAR STORES, INC.           )
                                     )
                Defendant.           )
                                     )

### CERTIFICATE UNDER RULE 3.2

Pursuant to rules 3.2 and 3.4 of the Uniform Superior Court Rules of the Eastern Judicial Circuit of Georgia, I hereby certify that no case has heretofore been filed in the State Court of the Eastern Judicial Circuit involving substantially the same parties or substantially the same subject matter or substantially the same factual issues which would require the petition-pleading to be specifically assigned to the judge whom the original action was or is assigned.

This 25th day of October 2021.

/s/ *Eugene C. Brooks, IV*
Eugene C. Brooks, IV
Georgia Bar No. 084750
Attorney for Plaintiff

Brooks Law Office
P. O. Box 9545
Savannah, GA 31412
912-233-9696 Office
912-232-8620 Fax

⚡ **EFILED IN OFFICE**
CLERK OF STATE COURT
CANDLER COUNTY, GEORGIA

**21SV043**

OCT 25, 2021 12:20 PM

*Jenny H. Grimes*
Jenny Grimes, Clerk
Candler County, Georgia

IN THE STATE COURT OF CANDLER COUNTY
STATE OF GEORGIA

JACK HUEL MYERS, III,　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　　　)
　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　)　　CIVIL ACTION NO.:
　　　　　　　　　　　　　　　　　)
FAMILY DOLLAR STORES, INC.　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　Defendant.　　　　　　)
　　　　　　　　　　　　　　　　　)

## PLAINTIFF'S FIRST INTERROGATORIES
## TO DEFENDANT FAMILY DOLLAR STORES, INC.

COMES NOW the Plaintiff and pursuant to Georgia Civil Practices Act request

Defendants to produce the following documents and tangible items for inspection and copying to

be sent to the offices of Eugene Brooks, 313 W. York Street, P.O. Box 9545, Savannah, Georgia,

within forty-five (45) days from the date of service of the Summons and Complaint herein.

**NOTE A:**　　You are required, when responding to these requests for production of documents

to furnish all information available to you and your attorneys, agents, representatives, or anyone

else acting for or on your behalf.

**NOTE B:**　　These requests for production of documents are deemed to be continuing so as to

constitute new requests for supplementation of prior responses and thereby to require you to file

and serve supplemental answers if you, your attorneys, agents, representatives or other persons

acting for or on your behalf acquire any additional information called for by these

interrogatories.  Such supplemental answers and responses must be filed within a reasonable

amount of time at the learning of such additional and supplemental information as required by

the Georgia Civil Practice Act.

1

**NOTE C:**     If you are claiming any privilege for any documents, list their date, describe their subject matter, name the persons who generated the documents, state whether the person who generated the document was and is presently an employee of Defendants and whether the documents are typed, handwritten or recorded.

**NOTE D:**     This request for records and documents encompasses all computer records and disks, microfiche, recording tapes, and all other forms of record and document retention. Therefore, consider any request herein to include those such records as well as all written records.

1.     A copy of the insurance policy and declarations page of any business or liability insurance coverage for Family Dollar Store, Inc. whatsoever.

2.     All correspondence from Defendant's insurance carrier concerning any issues of coverage, including any notice of reservations of rights.

3.     Any incident report and photos concerning the incident at issue.

4.     Any work orders or instructions documented concerning any maintenance issues or instructions concerning actions taken to prevent a reoccurrence of the incident at issue.

5.     Any investigation report of documentation of the incident at issue by any managers of the Family Dollar Store at 340 SE Broad Street, Metter, Georgia in Metter, Georgia.

6.     Any expert witness reports from any expert retained in this action and a copy of the expert's CV and any materials that the expert relied upon in forming their opinion.

7.     A copy of any notes, memos, correspondence, emails or other documentation in your possession regarding any contact by anyone associated with Family Dollar Store, Inc. with Plaintiff regarding Plaintiff's injury on November 25, 2019.

8.     A copy of any notes, memos, correspondence, emails or other documentation in your possession regarding Plaintiff's injury on November 25, 2019.

9.     Any recordings or written statements obtained from Plaintiff concerning the incident at issue.

10.    Any recordings or written statements from other persons concerning the incident at issue.

11.    Copies of all documents relied upon to demonstrate and support your defenses as set forth in your Answer and your contentions as to any defense you will raise in this action which you have not produced in response to any other request for production of documents or Answers to Interrogatories.

THIS the 25th day of October 2021.


                                        */s/ Eugene C. Brooks, IV*
                                        Eugene C. Brooks, IV
                                        Georgia Bar No.  084750
                                        Attorney for Plaintiff

Brooks Law Office
P. O. Box 9545
Savannah, GA  31412
912-233-9696  Office
912-232-8620  Fax



X:\USERS\Active\Personal Injury\Myers III, Jack\Discovery

3

EFILED IN OFFICE
CLERK OF STATE COURT
CANDLER COUNTY, GEORGIA

**21SV043**

OCT 25, 2021 12:20 PM

Jenny Grimes, Clerk
Candler County, Georgia

IN THE STATE COURT OF CANDLER COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| JACK HUEL MYERS, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO.: |
| | ) | |
| FAMILY DOLLAR STORES, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFF'S FIRST INTERROGATORIES
## TO DEFENDANT FAMILY DOLLAR STORES, INC.

You are hereby required to answer the following interrogatories separately and fully in writing and under oath according to O.C.G.A. Section 9-11-33, within forty-five (45) days from the date of service of the Summons and Complaint herein.

**NOTE A:** When used in these interrogatories, the phrases "Defendant", "individual in question", "you", or any synonym thereof are intended to and shall embrace and include, in addition to Defendant, individually, Defendant's attorneys, agents, servants, employees, representatives, private investigators, insurance adjusters, and all others who are in possession of, in control of, or may have obtained information for or on behalf of Defendant.

**NOTE B:** Throughout these interrogatories, wherever Defendant is requested to identify a communication of any type and such communication was oral, the following information should be furnished with regard to each such communication:

(a) By whom it was made, and to whom;

(b) The date upon which it was made;

(c) Who else was present when it was made;

(d) Whether it was recorded or described in any writing of any type and, if so, identification of each such writing in the manner indicated in Note C below.

**NOTE C:**  Throughout these interrogatories, wherever Defendant is requested to identify a communication, letter, document, memorandum, report, or record of any type and such communication was written, the following information should be furnished:

(a) A specific description of its nature (e.g., whether it is a letter, a memorandum, etc.);

(b) By whom it was made and to whom it was addressed;

(c) The date upon which it was made; and

(d) The name and address of the present custodian of the writing or, if not known, the name and address of the present custodian of a copy thereof.

**NOTE D:**  Throughout these interrogatories, wherever Defendant is requested to identify a person, the following information should be furnished:

(a) The person's full name;

(b) His or her present home and business address and telephone number at each address;

(c) His or her occupation; and

(d) His or her place of employment.

**NOTE E:**  These interrogatories shall be deemed continuing to the extent required by law.  You are required to (1) seasonally supplement any response directed to the identity and location of persons having knowledge of discoverable matters as well as the identity of each person expected to be called as an expert witness at trial, the subject matter on which he is expected to testify and the substance of his testimony; (2) amend any prior response if you subsequently learn that the original response was incorrect or if you learned that although correctly made, the original response is no longer true and the circumstances are such that a failure to amend the

response is, in substance, a knowing concealment; and (3) provide such other supplementary responses required by law.

**NOTE F:**   Defendants shall include Family Dollar Stores, Inc.

## INTERROGATORIES

1.     State your full business or corporate name, address, date and place of incorporation and names and addresses of all directors, officers, partners, owners or those having an ownership interest, all successor corporations or partnerships and all corporations and partnerships that the above described persons have served on boards for or that they have created to perform construction or other services in the multi-family industry.

2.     If you contend that you are an improper party or that there are any other at fault parties, state their name and address and factual basis for your contentions.

3.     State whether you contend service has been improper, whether you dispute personal or subject matter jurisdiction and whether contend venue is improper, and if so, state the factual basis of your contentions in detail and the names and addresses of the persons with personal knowledge of the facts that are the basis of the contentions.

4.     State the name, address and phone numbers of all persons with personal knowledge of the events alleged in the Complaint of this action.

5.     Describe any insurance policy or bond that covers this claim on your behalf and include the name and address of any carrier or bonding company and the number of any applicable policies on bonds.  Also include in your response, the name and address of the insurance company and whether the carrier has denied the claim or is defending under a reservation of rights.

6.      State the full names, addresses and telephone numbers of all lay witnesses with knowledge or information of the facts and claims within the Plaintiff's Complaint or the facts and defenses in support of your answer and describe the issues to which that testimony will relate.

7.      Please state the name, address and telephone number of all persons who have given written statements, whether written or oral to you, your attorney, your insurance carrier, or anyone else to your knowledge covering the facts and circumstances of the incident that is the subject matter of this litigation, listing for each such statement, the date of the same, to whom the statement was given, and who is in possession of such statement.

8.      Identify by full name, address and telephone number each expert, including medical witnesses, whom you expect to call as an expert witness at the trial of this case and, as to each expert so identified, state the subject matter on which the expert is expected to testify, the substance of the facts and opinions to which the expert is expected to testify and a summary of the grounds for each opinion.

9.      Set forth the names and addresses of each person who has investigated and/or made studies, or taken any statements related to the incident complained of in the complaint.

10.     State the name and address of any persons who have spoken with Plaintiff about the incident that is alleged in the Complaint of this action, the date of any such conversations and whether any notes or documentation exists concerning this conversation.

11.     Were any maps, plates, drawings, diagrams, investigative material, or other documents depicting any subject matter which is deemed relevant to any aspect of this case compiled, taken, made, prepared, or obtained by the Defendant or on his behalf?  If so, please state:

        (a)     Date and by whom material was prepared;

        (b)     The name and address of the person in possession of same.

12.     State whether you are the owner and manager of the retail store located at 340 SE Board

Street, Metter, Ga. and, if not, state the name and address of the owner and manager.

13.     State the names of all district manager, general managers, store managers and employees

of Family Dollar Store located in Metter Georgia as of November, 2019.

14.     Describe Family Dollar Store, Inc.'s ownership and management rights to the retail store

and real property located at 340 SE Broad Street, Metter, Georgia 30099.

15.     Describe in detail all contact that any employee or agent of Family Dollar Stores has had

with Plaintiff concerning his reported injury in November, 2019, including the creation of any

report concerning the incident, and state the dates of contact and the names and addresses of

persons associated with Family Dollar Stores who had this contact.


THIS the 25th day of October 2021.


/s/ Eugene C. Brooks, IV
Eugene C. Brooks, IV
Georgia Bar No.  084750
Attorney for Plaintiff


Brooks Law Office
P. O. Box 9545
Savannah, GA  31412
912-233-9696  Office
912-232-8620  Fax

# STATE COURT OF CANDLER COUNTY
## STATE OF GEORGIA

🍎 **EFILED IN OFFICE**
CLERK OF STATE COURT
CANDLER COUNTY, GEORGIA

**21SV043**

OCT 25, 2021 12:20 PM

*Jenny H. Grimes*
Jenny Grimes, Clerk
Candler County, Georgia

CIVIL ACTION NUMBER   21SV043

Myers, Jack H, III

**PLAINTIFF**

**VS.**

Family Dollar Stores, Inc.

**DEFENDANT**

### SUMMONS

TO: FAMILY DOLLAR STORES, INC.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Eugene C. Brooks**
> **Brooks Law Firm**
> **313 West York Street**
> **Savannah, Georgia 31401**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 25th day of October, 2021.**

Clerk of State Court

_Jenny H. Grimes_
Jenny Grimes, Clerk
Candler County, Georgia

Page 1 of 1

EFILED IN OFFICE
CLERK OF STATE COURT
CANDLER COUNTY, GEORGIA

**21SV043**

OCT 25, 2021 12:20 PM

Jenny Grimes, Clerk
Candler County, Georgia

IN THE STATE COURT OF CANDLER COUNTY
STATE OF GEORGIA

JACK HUEL MYERS, III,                              )
                                                   )
                    Plaintiff,                     )
                                                   )
vs.                                                )        CIVIL ACTION NO.:
                                                   )
FAMILY DOLLAR STORES, INC.                         )
                                                   )
                    Defendant.                     )
                                                   )

## CERTIFICATE UNDER RULE 3.2

Pursuant to rules 3.2 and 3.4 of the Uniform Superior Court Rules of the Eastern Judicial

Circuit of Georgia, I hereby certify that no case has heretofore been filed in the State Court of the

Eastern Judicial Circuit involving substantially the same parties or substantially the same subject

matter or substantially the same factual issues which would require the petition-pleading to be

specifically assigned to the judge whom the original action was or is assigned.

This 25th day of October 2021.

                                    /s/ *Eugene C. Brooks, IV*
                                    Eugene C. Brooks, IV
                                    Georgia Bar No. 084750
                                    Attorney for Plaintiff

Brooks Law Office
P. O. Box 9545
Savannah, GA 31412
912-233-9696 Office
912-232-8620 Fax

SHERIFF'S ENTRY OF SERVICE

Civil Action No. 21SV043

Date Filed 10/25/2021

Attorney's Address

Eugene C. Brooks

313 West York St

Savannah, GA 31401

Name and Address of Party to Served

Family Dollar Stores, Inc.

c/o Corporation Service Company

2 Sun Court, Suite 400
Peachtree Corners, GA 30092

| Superior Court ☐ | Magistrate Court ☐ |
| State Court ☒ | Probate Court ☐ |
| Juvenile Court ☐ | |

Georgia, Candler                    COUNTY

Jack Huel Myers, III

                              Plaintiff

VS.

Family Dollar Stores, Inc.

                              Defendant

                              Garnishee

**SHERIFF'S ENTRY OF SERVICE**

**PERSONAL**
I have this day served the defendant _____ personally with a copy
☐ of the within action and summons.

**NOTORIOUS**
I have this day served the defendant _____ by leaving a
copy of the action and summons at his most notorious place abode in this County.

☐ Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of
defendant.

**CORPORATION**
Served the defendant *Family Dollar Stores, Inc* a corporation
☑ by leaving a copy of the within action and summons with *Alisha Smith*
In charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises
designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an
☐ envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice
to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
Diligent search made and defendant _____
☐ not to be found in the jurisdiction of this Court.

This _4_ day of _November_, 20_21_

                    MED&2 50/76

DEPUTY

🔥 **EFILED IN OFFICE**
CLERK OF STATE COURT
CANDLER COUNTY, GEORGIA

**21SV043**

DEC 02, 2021 02:14 PM

*Jenny H. Grimes*
Jenny Grimes, Clerk
Candler County, Georgia

IN THE STATE COURT OF CANDLER COUNTY
STATE OF GEORGIA

JACK HUEL MYERS, III,            )
                                )
                Plaintiff,       )
                                )
vs.                             )          CIVIL ACTION NO.: 21SV043
                                )
FAMILY DOLLAR STORES, INC.       )
                                )
                Defendant.       )
                                )

## PLAINTIFF'S MOTION TO CORRECT MISNOMER

COMES NOW Plaintiff Jack Huel Myers, III pursuant to O.C.G.A. § 9-10-132 and moves the Court to enter an Order to correct the caption of this case. In support of his motion, Plaintiff shows as follows:

1. Plaintiff timely filed this action on October 25, 2021, based upon information and belief named Family Dollar Stores, Inc. as the Defendant.

2. Defendant Family Dollar Stores, Inc. was properly served through their registered agent by the Gwinnett County Sheriff's Office on November 4, 2021.

3. Plaintiff has been informed by Defense counsel that the Defendant is improperly named. Defense counsel advises that the proper name for Defendant is Family Dollar Stores of Georgia, LLC.

4. Plaintiff wishes to correct this misnomer and moves the Court to issue an Order granting the correction of the name of the Defendant from Family Dollar Stores, Inc. in an Amended Complaint to Family Dollar Stores of Georgia, LLC.

5. The change in Defendant's name should relate back to the initial filings in this action because the Defendant received notice at the time of the initial filing and it will not be

prejudiced by the change and knows that but for a mistake concerning the identity of the

proper party, the action would have been brought against it. O.C.G.A. §9-11-15(c).


Respectfully submitted this _2nd___ day of December 2021.


*/s/ Eugene C. Brooks*
Eugene C. Brooks, IV
Georgia Bar No.  084750
Attorney for Plaintiff

BROOKS LAW OFFICE
P. O. Box 9545
Savannah, GA  31412
912-233-9696  Office
912-232-8620  Fax
gbrooks@brooks-law.com

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing via the Court's electronic filing system on the following:

Heath Vickers
1612 Newcastle Street
Suite 226
Brunswick, GA 31520
hvickers@carrallison.com

THIS the 2nd day of December, 2021.

/s/ *Eugene C. Brooks, IV*
Eugene C. Brooks, IV
Georgia Bar No.  084750
Attorney for Plaintiff

Brooks Law Office
P. O. Box 9545
Savannah, GA  31412
912-233-9696  Office
912-232-8620  Fax