IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

```
JACK HUEL MYERS, III,            *
                                 *
     Plaintiff,                  *
                                 *
          v.                     *     CV 621-089
                                 *
FAMILY DOLLAR STORES, LLC,       *
                                 *
     Defendant.                  *
                                 *
```

ORDER

Before the Court is Plaintiff's motion for voluntary dismissal with prejudice. (Doc. 17.) Upon due consideration, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(2).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each Party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this _____ day of June, 2022.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA